**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR246** |
| Plaintiff, | ) | |
| vs. | ) | **TRIAL ORDER** |
| **FERNANDO M. LUNA,** | ) | |
| Defendant. | ) | |

Trial in this matter is scheduled to begin on **Tuesday, September 8, 2009,** commencing at **9:00 a.m.,** or as soon thereafter as the same may be tried, before District Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska. It is anticipated that this trial will last approximately 2 days**.** A Pretrial Conference, beginning at **8:30 a.m., will be held in chambers** prior to the start of trial.

Counsel is advised that street clothes **must be provided** for the defendant in any trial proceedings.

DATED this 2nd day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge